IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00939–EWN–MEH

LOIS TILBURY,

    Plaintiff,

v.

HARTFORD UNDERWRITERS
INSURANCE COMPANY,

    Defendant.

---

**ORDER**

---

This matter is before the court on Plaintiff's motion to remand (#7). Defendant has responded that it does not oppose the motion. Accordingly, it is

ORDERED that the case be remanded to the Denver County, Colorado, District Court.

Dated this 30th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge